NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                    :
ASANTE GEORGE,                      :   Civil Action No. 17-2303 (JMV)
                                    :
                 Petitioner,        :
                                    :
       v.                           :   **OPINION**
                                    :
CHARLES GREEN,                      :
                                    :
                 Respondent.        :
_____ :

APPEARANCES:

ASANTE GEORGE
Essex County Correctional Facility
354 Doremus Ave.
Newark, NJ 07105
        Petitioner, *pro se*

MARK C. ORLOWSKI
Office of the U.S. Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
        On behalf of Respondent

**VAZQUEZ**, United States District Judge

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on April 5, 2017. (ECF No. 1.) He alleges a violation of his right to due process based on prolonged detention in the custody of Immigration and Customs Enforcement. ("ICE"). (*Id.*) Petitioner is confined in Essex County Correctional Facility, and he has been in custody since June 25, 2016. (*Id.*, at 2.)

Respondent submitted a letter response to the petition on May 12, 2017. (ECF No. 5.)

Respondent does not object to a remand ordering an Immigration Judge to provide Petitioner with a bond hearing, in accordance with 8 C.F.R. § 1003.19(c). The Court will, therefore, grant the habeas petition and order Respondent to provide Petitioner with a bond hearing. *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469, 478 (3d Cir. 2015) (due process requires that detention without bail pursuant to 8 U.S.C. § 1226(c) be limited to a reasonable period of time to further the goals of the detention statute.)

An appropriate Order follows.

Date May 15, 2017
At Newark, New Jersey

                                                s/ John Michael Vazquez
                                                JOHN MICHAEL VAZQUEZ
                                                United States District Judge